IN THE UNITED STATES BANKRUPTCY COURT     TX-10
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HASADIAH CHRISTIAN CENTER** | § | CASE NO. **06-80126-G3-7** |
| | § | |
| | § | **MOTION TO PAY FUNDS INTO** |
| Debtor(s) | § | **THE REGISTRY UNDER 11 U.S.C.** |
| | § | **§374(A)** |

The undersigned Trustee reports:

_____    The dividend(s) payable to the Debtor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X_____    More than ninety (90) days have passed since the final distribution and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said *Exhibit "A"* for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

DATED:  June 14, 2010                      /s/ Robbye R. Waldron, Chapter 7 Trustee
                                                         ROBBYE R. WALDRON, TRUSTEE
                                                         15150 Middlebrook
                                                         HOUSTON, TX  77058
                                                         (281) 488-4438
                                                         (281) 488-4597 FACSIMILE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached *MOTION TO PAY FUNDS INTO THE REGISTRY UNDER U.S.C. §374(A)*, was served on the U.S. Trustee electronically via the Court's Pacer system on the 14th day of June, 2010.

                                                          /s/ Robbye R. Waldron, Chapter 7 Trustee
                                                          Robbye R. Waldron, Chapter 7 Trustee

**EXHIBIT "A"**      TX-10

**PLEASE CHECK ONE:**

\_\_\_\_\_   Small Dividends
\_\_X\_\_   Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| Vanessa Phillips<br>2530 39th Avenue North<br>Texas City, TX 77590 | 1 | $178.87 |
| TOTAL | | $178.87 |