IN THE UNITED STATES BANKRUPTCY COURT     TX-10
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **HASADIAH CHRISTIAN CENTER** | § | CASE NO. **06-80126-G3-7** |
| | § | **MOTION TO PAY FUNDS INTO** |
| Debtor(s) | § | **THE REGISTRY UNDER 11 U.S.C.** |
| | § | **§374(A)** |

The undersigned Trustee reports:

_____      The dividend(s) payable to the Debtor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X_____      More than ninety (90) days have passed since the final distribution and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said *Exhibit "A"* for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

A previous *Motion to Pay Funds Into the Registry Under 11 U.S.C. §374(A)* was filed regarding the unclaimed payment to Vanessa Phillips in the amount of $178.87. The Court entered it's Order on June 15, 2010 (Doc. No. 92) allowing the deposit of this amount into the registry of the Court.

In preparing for the closing of this case, I became aware of a second outstanding check itemized on *Exhibit "A"* and request authority for payment of these funds to the registry of the Court**.**

DATED:  August 27, 2010            /s/ Robbye R. Waldron, Chapter 7 Trustee
                                                 ROBBYE R. WALDRON, TRUSTEE
                                                 15150 Middlebrook
                                                 HOUSTON, TX 77058
                                                 (281) 488-4438
                                                 (281) 488-4597 FACSIMILE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached *MOTION TO PAY FUNDS INTO THE REGISTRY UNDER U.S.C. §374(A)*, was served on the U.S. Trustee electronically via the Court's Pacer system on the 27th day of August, 2010.

                                                 /s/ Robbye R. Waldron, Chapter 7 Trustee
                                                 Robbye R. Waldron, Chapter 7 Trustee

**EXHIBIT "A"**  TX-10

**PLEASE CHECK ONE:**

\_\_\_\_\_   Small Dividends
\_\_X\_\_   Unclaimed Dividends

| **Name and Address** | **Claim No.** | **Amount** |
|---|---|---|
| Archie Taylor Jr.<br>Humble, TX 77346 | 3 | $505.50 |
| TOTAL | | $505.50 |